Susan K. HENSON, Appellant,

v.

Donald K. WILLIS, Respondent.

No. WD 63427.

Missouri Court of Appeals,
Western District.

Dec. 14, 2004.

William L. Burk, Independence, MO for Appellant.

Rebecca Rivers, Kansas City, MO for Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Susan K. Henson appeals the ruling of the trial court in favor of Donald K. Willis in her action under Section 534.020 RSMo 2000.

We determine that no issue has been preserved for appeal. We affirm by summary order pursuant to Rule 84.16(b). A memorandum has been furnished to the parties as to the basis of our decision. The judgment is affirmed. Each party shall bear his or her own costs on appeal.